# UNITED STATES DISTRICT COURT
### for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Wade Brooks Best, Jr. | ) <br>) <br>) <br>) Case No: 4:95-CR-62-2F<br>) USM No: 16120-056<br>) |

Date of Original Judgment: April 22, 1996

Date of Previous Amended Judgment: September 23, 1996 )  Cindy Bembry

*(Use Date of Last Amended Judgment if Any)*  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐DENIED.  ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 286 months **is reduced to** 231 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated April 22, 1996, and September 23, 1996, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 11/3/14

*Judge's signature*

Effective Date: November 1, 2015
*(if different from order date)*

James C. Fox  Senior U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011